JUDGE SCHOFIELD

**19 CRIM 378**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION DEPARTMENT

P# 5910671

**TO:** Jim Molinelli
Criminal Case Operations

**FROM:** Paul Wodeshick
Supervising U.S. Probation Officer

Re: Aura Voicu
Dkt No.: 2:15CR00558-1

Enclosed is a matter from the U.S. Probation Department requesting consideration and/or review by Your Honor. Please forward your response to the Clerk's Office so it can be docketed. Also, please forward a copy of your response, along with **four (4) Original Probation Form 22's** to our office at 500 Pearl Street, 7th floor, so that we may take appropriate action.

Respectfully submitted,

Michael J. Fitzpatrick
Chief U.S. Probation Officer

By: _____
Paul Wodeshick
Supervising U.S. Probation Officer
212-805-5122

Prepared By:
Michael F. Wasmer
U.S. Probation Officer
212-805-5160

DATE May 2, 2019

NY 201(d)
Rev.02/12

## REQUEST FOR COURT ACTIONS/ DIRECTION

TO: Jim Molinelli
Docket Clerk

OFFENSE: Conspiracy to Commit Bank Fraud
VIOLENCE - 18:371 Class D Felony

FROM: Michael F. Wasmer
U.S. Probation Officer

ORIGINAL SENTENCE: 16 Months Bureau of Prisons: 60 Months Supervised Release

SPECIAL CONDITIONS: Drug testing to determine and need for substance abuse treatment, comply with the directives of U.S. Immigration and Customs Enforcement, restitution in the amount of $149,017.00, and $300.00 special assessment.

RE: Aura Voicu
Docket#15CR000558-1

AUSA: Linwood C Wright Jr.
DEFENSE COUNSEL: Vincent M. Lorusso
MED: June 3, 2013

DATE OF SENTENCE: August 6, 2016

DATE: May 2, 20197

ATTACHMENTS:

[ ] PSI    [ ] Judgement

[ ] PROB 22

REQUEST FOR:    COURT DIRECTION

## REQUEST FOR JUDICIAL ASSIGNMENT

On August 6, 2019, the above-mentioned was sentenced as outlined above in the Eastern District of Pennsylvania, by the Honorable Jan E, DuBois, U.S. District Judge.

On April 22, 2019, we received a letter from the Eastern District of Pennsylvania, advising that the court signed the Transfer of Jurisdiction Probation Form 22 ordering Ms. Aura Voicu's transfer to the Southern District of New York for acceptance of transfer of jurisdiction.

Enclosed are four (4) copies of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return the four (4) original Form 22's as they are required for both districts to complete transfer.

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

Aura Voicu                        2                        5910671 - Michael F. Wasmer
Docket#15CR000558-1

                                                         Respectfully submitted,
                                                           Michael Fitzpatrick
                                                           Chief U.S Probation Officer

                                                   by     *[signature: M F Wasmer]*

                                                           Michael F. Wasmer
                                                           U.S. Probation Officer
                                                           212-805-5160

*[signature]*     5/1/19

Paul Wodeshick           Date
Supervisory U.S. Probation Officer